**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

HENRY VAN BUREN,

Plaintiff,

vs.                                             Case No.: 10-cv-23176-DLG

VIKING COLLECTION SERVICE, INC.,

Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE**

     Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

Dated: September 24, 2010              Respectfully submitted,

                                                       /s Andrew I. Glenn
                                                       Andrew I. Glenn
                                                       E-mail: AGlenn@cardandglenn.com
                                                       Florida Bar No.: 577261
                                                       J. Dennis Card, Jr.
                                                       E-mail:DCard@cardandglenn.com
                                                       Florida Bar No. 0487473
                                                       Card & Glenn, P.A.
                                                       2501 Hollywood Boulevard, Suite 100
                                                       Hollywood, Florida 33020
                                                       Telephone: (954) 921-9994
                                                       Facsimile: (954) 921-9553
                                                       Attorneys for Plaintiff