UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CLOSED
CIVIL
CASE**

Case No. 10-23176-CIV-GRAHAM/TORRES

HENRY VAN BUREN

    Plaintiff,

vs.

VIKING COLLECTION, SERVICE, INC.,

    Defendant.

_____/

## ORDER

**THIS CAUSE** comes before the Court upon the Plaintiff's Notice of Voluntary Dismissal with Prejudice [D.E. 4].

**THE COURT** has reviewed the notice, the pertinent portions of the record and is otherwise fully advised in the premises. Based thereon, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED with PREJUDICE.** It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and all pending motions are **DENIED as MOOT.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of September, 2010.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record